STATE OF FLORIDA *ex rel.* JESSE QUINN, *Plaintiff in Error,* v. J. R. MERRITT, SHERIFF OF ST. LUCIE COUNTY, FLORIDA; O. E. WIGGINS, DEPUTY SHERIFF OF ST. LUCIE COUNTY, FLORIDA; AND E. E. SMITH, DEPUTY SHERIFF AND COUNTY JAILOR OF ST. LUCIE COUNTY, FLORIDA, *Defendants in Error.*

En Banc.

Decision filed January 20, 1927.

A Writ of Error to the Circuit Court for Martin County; Elwyn Thomas, Judge.

*Abbott & Gaulden,* for Plaintiff in Error;

*J. B. Johnson,* Attorney General, and *Roy Campbell,* Assistant, for the State.

M. F. Whitton v. State of Florida—Syllabus.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed upon authority of *Ex parte* Tully, 70 Fla. 1, 66 South. Rep. 296; Russell v. State, 71 Fla. 236, 71 South. Rep. 27.

ELLIS, C. J., AND STRUM AND BROWN, J. J., concur.